**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00297-CV**
**NO. 09-19-00321-CV**
_____

**BROCK HOLDINGS III, LLC AND CUSTOM BLAST SERVICES INC.,
Appellants**

**V.**

**PARTNER INDUSTRIAL COATINGS, LP, PARTNER INDUSTRIAL, LP,
AND TODD BROCK, Appellees**

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-203,903**

**MEMORANDUM OPINION**

On January 27, 2020, appellees filed an unopposed motion to abate these accelerated appeals to permit the parties to complete settlement negotiations, and on February 6, 2020, this Court entered an order abating these appeals. On February 18, 2020, the parties filed a joint motion to dismiss these accelerated appeals in accordance with the parties' settlement agreement.

We reinstate the appeals, grant the parties' joint motion, and dismiss these accelerated appeals in accordance with the parties' settlement agreement.

APPEALS DISMISSED.

PER CURIAM

Submitted on January 2, 2020
Opinion Delivered March 5, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.